```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/2/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
SAMUEL LOPEZ,

                Plaintiff,

-against-

348 EAST 110 REALTY, LLC; *and* BLUE SKY
DELI AND GROCERY CORP.,

                Defendants.
-----------------------------------------------------------------X

1:24-cv-01010-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

In the Court's order dated February 12, 2024, Dkt. No. 7, the parties were directed to submit a joint status letter and proposed case management plan to the Court no later than May 30, 2024. The Court has not received the joint status letter or proposed case management plan. The parties are directed to comply with the Court's February 12 order forthwith and in any event no later than May 5, 2024.

       SO ORDERED.

Dated: May 2, 2024
New York, New York

                                          GREGORY H. WOODS
                                         United States District Judge