UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/6/2024
```

-------------------------------------------------------------- X
   :
SAMUEL LOPEZ,   :
   :
                 Plaintiff,   :       1:24-cv-01010-GHW
   :
         -v-   :       ORDER
   :
348 EAST 110 REALTY, LLC, *et al.*,   :
   :
            Defendants.   :
   :
-------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

     In the Court's order dated February 12, 2024, the parties were directed to submit a joint status letter and proposed case management plan to the Court no later than April 30, 2024, in advance of an initial pretrial conference set for May 7, 2024. Dkt. No. 7. The parties failed to timely file a joint status letter and proposed case management plan. On May 2, 2024, the Court issued an order directing that the parties file the joint status letter and proposed case management plan by May 5, 2024. Dkt. No. 11. The parties have yet again failed to comply with the Court's order.

     For the third time, the parties are directed to comply with the Court's orders and submit a joint status letter and proposed case management plan, as described in the Court's February 12, 2024 order, forthwith and in any event no later than May 6, 2024 at 7:00 p.m. Failure to comply with this order may result in sanctions, including the dismissal of this action for failure to prosecute.

     Plaintiff is directed to serve a copy of this order on all Defendants in this action and to retain proof of service.

     SO ORDERED.

Dated: May 6, 2024
      New York, New York

                                  GREGORY H. WOODS
                              United States District Judge