MARIA-COSTANZA BARDUCCI
BARDUCCI LAW FIRM
PLLC
5 WEST 19TH STREET, 10TH
FLOOR NEW YORK, NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  5/6/2024

**MEMORANDUM ENDORSED**

10011 TELEPHONE: 212-433-2554

**May 6, 2024**

Honorable Gregory H. Woods
U.S. Magistrate Judge
Southern District of New York
500 Pearl St,
New York, NY 10007

> ***Re:    Samuel Lopez vs. 348 East 110 Realty, LLC, et al.***
> ***Civil Action No.: 1:24-cv-01010-GHW***
> ***Motion to Adjourn In RE: The Court's February 12, 2024 Order [DE#7]***

Dear Honorable Judge Woods,

We represent Plaintiff in the above-styled action.

Pursuant to the Court's February 12, 2024 Order [DE#7] and May 2, 2024 Order, the Parties are required to file a joint letter by May 5, 2024, in advance of the scheduled initial status conference scheduled for May 7, 2024.

Foremost, the Defendant tenant, Blue Sky Deli And Grocery Corp, has just recently retained counsel in Mr. Scolnick, and therein the Parties have commenced in fruitful negotiations and believe that given several more weeks, both appearing parties believe there will be an out of Court resolution and remedial access of all causes of action brought in this action. Moreover, if the Court still wishes to hold the initial Status Conference nonetheless, the Defendants would respectfully request an adjournment in the form of at least 21 days so as to better prepare the Proposed Order and Joint Letter.

Furthermore, that would give the non-appearing Defendant 348 East 110 Realty LLC more time to also make an appearance in this action.

For these reasons, Plaintiff requests a 30-day extension of time, adjourning the initial status conference and its associated deadlines under the Court's sagacious discretion, so that the parties may pursue the settlement negotiations.

Defendant, Blue Sky Deli And Grocery Corp, joins in this request.

This extension will not affect any other deadlines or events in this case.

Thank you for your time and attention in this matter.

Most Respectfully, BARDUCCI
LAW FIRM PLLC

Maria-Costanza Barducci Esq.

Application granted.  The parties' May 6, 2024 request to adjourn the initial pretrial conference, Dkt. No. 13, is granted.  The initial pretrial conference scheduled for May 7, 2024 is adjourned to June 13, 2024 at 2:00 p.m.  The joint status letter and proposed case management plan described in the Court's February 12, 2024 order are due no later than June 6, 2024.  Plaintiff is directed to serve a copy of this memorandum endorsement on all Defendants in the matter and retain proof of service.

The Clerk of Court is directed to terminate the motion pending at Dkt. No. 13.

SO ORDERED.

Dated:  May 6, 2024
New York, New York

_____
GREGORY H. WOODS
United States District Judge