```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/10/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
SAMUEL LOPEZ,

                          Plaintiff,

                 -against-

348 EAST 110 REALTY, LLC, *et al.*,

                         Defendants.
-------------------------------------------------------------------X

1:24-cv-1010-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

In the Court's order dated May 6, 2024, Dkt. No. 14, the parties were directed to submit a joint status letter and proposed case management plan to the Court no later than June 6, 2024. The Court has not received the joint status letter or proposed case management plan. The parties are directed to comply with the Court's May 6, 2024 order forthwith and in any event no later than June 11, 2024 at 12:00 p.m.

SO ORDERED.

Dated: June 10, 2024
New York, New York

                                                 GREGORY H. WOODS
                                           United States District Judge