MARIA-COSTANZA BARDUCCI
BARDUCCI LAW FIRM
PLLC
5 WEST 19TH STREET, 10TH
FLOOR NEW YORK, NEW YORK

10011 TELEPHONE: 212-433-2554

**June 5, 2024**

Honorable Gregory H. Woodsy
U.S. District Judge
Southern District of New York
500 Pearl St,
New York, NY 10007

      ***Re:    Samuel Lopez vs. 348 East 110 Realty, LLC, et al.***
      ***Civil Action No.: 1:24-cv-01010-GHW***
      ***Joint Status Letter In RE: The Court's May 6, 2024 Order [DE#14]***

Dear District Judge, the Honorable Woods,

      We represent Plaintiff in the above-styled action.

      Pursuant to the Court's May 6, 2024 Scheduling Order [DE#14], the Parties are to attend and participate in the June 13, 2024 Initial Case Conference, and submit the pre-conference papers on or before June 6, 2024.

      Thereon, the Parties jointly file this letter as a current case status, and foremost to apprise the Court that the parties have recently reached a Settlement in Principle and are in the process of preparing the requisite Settlement papers and agreements therewith.

      Moreover, while all are diligently working to perfect the Settlement documentations, the Parties anticipate that a  Final Stipulation of Dismissal should be filed in the coming 40 days.

      Thank you for the Court's time and attention in this matter.

                  Most Respectfully,

                  BARDUCCI LAW FIRM
                  PLLC

                  Maria-Costanza Barducci Esq.

cc: Via CM/ECF Only